IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. 12-1788

MINOR N.S., MOTHER C.C., ET AL.,

**JUDGMENT**

Plaintiffs,

v.

SAFEWAY, INC. RETAIL STORES, ET AL.,

Defendants.
_____/

This action is dismissed without prejudice for failure to pay the filing fee. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 18, 2012

SUSAN ILLSTON
United States District Judge